IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -5  A 10:07

Joseph Bennefield #235865 )
Full name and prison number of )
plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:06cv307-MEF
① Bullock State Prison ) (To be supplied by the Clerk of the
) U.S. District Court)
② Officer O'hara )
)
③ Officer Nakia Morris )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit
      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____
      _____

   3. Docket No. _____

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit ~~~~~~~ ~~~~~~~

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock State Prison P.o. Box 5107 union springs, AL 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock State Prison

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Bullock State Prison P.o. Box 5107 union springs, AL 36089
2. Officer O'hara @ Bullock Prison P.o. Box 5107 union springs, AL 36089
3. Officer Nakia Morris @ Bullock Prison P.o. Box 5107 union springs, AL 36089
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2/5/06 at approximately 9:20 am

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive used of force

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On 2-5-06 at approximately 9:20am at Bullock State prison in union springs AL I was thrown to the floor by officer O'hara and while I was on the floor curled up in a ball officer O'hara and officer Morris kicked me in the face and head and beat me with their sticks. At no time did I resist or try to fight back. Even after officers pulled them off me and handcuffed me officer O'Hara while I was on the floor handcuffed started kicking me again and other officers again had to stop him I thought I was going to die.

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
① Award money for pain and suffering and mental anguish ② Appoint counsel because I can't read or write, and I currently suffer from a mental illness and I am listed as a impatient of mental health where I'm incarcerated. Someone else filed this 1983 = lawsuit out for me but they will not continue to provide legal help to me. So without counsel I would not be able to pursue this lawsuit which would be a great injustice considering what I have endured.

x Joesph Bennyfield
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-26-06
           (date)

x Joesph Bennyfield
Signature of plaintiff(s)

-3-