Case Number

2:06cv307-MEF

ID   YR   NUMBER

(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

___Middle District of Alabama___
[Insert appropriate court]

___Joseph Bennefield #235865___
(Petitioner)

vs.

___Bullock State Prison ect.___
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, ___Joseph Bennefield___, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No __✓__

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    _____

    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?

    Yes _____    No __✓__

    b. Rent payments, interest, or dividends?

    Yes _____    No __✓__

    c. Pensions, annuities, or life insurance payments?

    Yes _____    No __✓__

    d. Gifts or inheritances?

    Yes __✓__    No _____

    e. Any other sources?

    Yes _____    No __✓__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_Money from my mother_

_* See attached account information for amounts recieved_

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____   No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No __✓__

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _Self_

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __3-14-06__.
   (Date)

   x _Joesph Bennett_
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

__3/24/06__
DATE

_[signature]_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

BULLOCK COUNTY CORR. FACILITY

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 235865       NAME: BENNEFIELD, JOSEPH                    AS OF: 03/24/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 7  | $0.13  | $0.00  |
| APR | 30 | $4.09  | $40.00 |
| MAY | 31 | $10.88 | $40.13 |
| JUN | 30 | $1.36  | $0.00  |
| JUL | 31 | $0.52  | $0.00  |
| AUG | 31 | $1.07  | $25.00 |
| SEP | 30 | $10.27 | $25.00 |
| OCT | 31 | $8.96  | $0.00  |
| NOV | 30 | $0.00  | $0.00  |
| DEC | 31 | $0.00  | $0.00  |
| JAN | 31 | $0.00  | $0.00  |
| FEB | 28 | $0.00  | $0.00  |
| MAR | 24 | $0.00  | $0.00  |