**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nakia Morris
   Officer
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 3586

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 4/12/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   SCANNED
   06cv307

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Felicia O'Hara
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL
   36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _LaShonda O'Shia_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LaShonda Isaac

C. Date of Delivery: 4/12/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   06CV307
   DCM

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3579

PS Form 3811, February 2004    Domestic Return Receipt

- Complete items 1, 2, and 3. Also **complete item 4** if Restricted Delivery is **desired**.
- Print your name and address on **the reverse** so that we can return the card **to you**.
- Attach this card to the back of **the mailpiece**, or on the front if space permits.

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )
*[illegible]*

C. Date of Delivery
4/12/06

1. Article Addressed to:

Bullock State Prison
Bullock Co. Corr. Fac.
P.O. Box 5107
Union Springs, AL 36089

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06cv307
PO & Imp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7005 1820 0002 3461 3035

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540