# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFILED | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) **2:06-CV-307-MEF** |
| | ) |
| BULLOCK STATE PRISON, et al, | ) |
| Respondent. | ) |

## MOTION FOR AN ENLARGEMENT

**COMES NOW** the State of Alabama, by and through the Attorney General's office and its assistant attorney general, *Bettie J. Carmack*, and moves this Honorable Court to grant a **thirty (30) day** extension for the State to respond to its order dated April 6, 2006 and, for grounds, state as follows:

1. One of the defendants is on an extended leave of absence and counsel has been unable to communicate with her.

2. Counsel needs additional time to gather information to respond to the Court's order.

4. The State is not requesting an extension to purposefully delay the cause of action.

**WHEREFORE PREMISES CONSIDERED**, the State moves this Honorable Court to do the following:

- A. Grant an extension of <u>thirty days</u> to respond to its order dated April 6, 2006, or until June 11, 2006.

- B. Any other and further relief to which this Respondent may be entitled.

RESPECTFULLY SUBMITTED,

Troy King.
ATTORNEY GENERAL by:


<u>/s/Bettie J. Carmack</u>
Bettie J. Carmack (CAR – 132)
Assistant Attorney General
*Civil Litigation Division*
State of Alabama
Office of Attorney General
11 South Union Street
Montgomery, AL  36130
Phone: 1-334-353-5305
Email: <u>bcarmack@ago.state.al.us</u>

## CERTIFICATE OF SERVICE

I hereby certify that I have this <u>11th</u> day <u>May, 2006</u> filed a copy of the foregoing document electronically with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Joseph Bennefield**
**AIS #: 235865**
**Bullock County Correctional Facility**
**P. O. Box 5107**
**Union Springs, AL  36089**

<u>/s/Bettie J. Carmack</u>
Assistant Attorney General
*Civil Litigation Division*
State of Alabama
Office of Attorney General
11 South Union Street
Montgomery, AL  36130
1-334-353-5305