IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFIELD, #235865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv307-MEF |
| | ) (WO) |
| BULLOCK STATE PRISON, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5) filed herein on April 12, 2006, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against Bullock State Prison are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. This correctional facility are DISMISSED as a defendant in this cause of action.

3. This case, with respect to defendants O'Hara and Morris, are referred back to the Magistrate Judge for appropriate proceedings.

Done this 15th day of May, 2006.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE