## ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**  **PREPARED FOR: BETTIE CARMACK**


alacourt.com

County: 25   Case Number: CC-2004-000059.00   Charge: SOD1
Name: BENNEFIELD JOSEPH SCOTT

### Case

#### Case Information

| | | | |
|---|---|---|---|
| County: 25 - CULLMAN | Case Number: CC-2004-000059.00 | JID: HFB H FRANK BRUNNER, JR | DEF status: J Jail |
| Filed: 1/21/2004 | AAGCY: C County | Muni N°: 00 | City: |
| Arrest date: 09/18/2003 | Offe date: 09/18/2003 | ORI: 0250000 | Officer: COOK ROB |
| Indict date: 01/14/2004 | Grand jury: 2004 01121 | Atty 1: SUL026A | Ticket N°: 03-5489 |
| Tracking N°'s: DC200300065000/ 0/ 0 | | | |
| Date: 06/25/2004 | Que: 001 | Time: 08:30 AM | Desc: PROB PROBATION |

#### Defendant Information

| | | | |
|---|---|---|---|
| Name: BENNEFIELD JOSEPH SCOTT | | Alias 1: | Alias 2: |
| DOB: 09/13/1985 | SSN: 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 | | Driv License N°: AL |
| Height: 5'10" | Weight: 150 | Race/Sex: White /M | Eyes/Hair: BLU/BRO |
| SID: AL0 | YDate: | AIS: | PR: 2004 001998 |
| Address 1: 270 CO RD 1364 | | Address 2: | |
| Zip: 35179 | City: VINEMONT | State: AL | Country: US |

#### Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: BRO008 | Attorney 1: SUL026 A | Attorney 2: |
| Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: |

#### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC: |
| BP ISS: | BP RTN: | |

#### Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: SOD1 | Statute: SODOMY 1ST DEGREE | Stat Name: 13A-006-063 | Class/Categ: F SX | Counts: 1 |
| 2. Crime co: SXA1 | Statute: SEXUAL ABUSE 1ST | Stat Name: 13A-006-066 | Class/Categ: F C | Counts: 1 |
| 3. Crime co: SOD2 | Statute: SODOMY 2ND DEGREE | Stat Name: 13A-006-064 | Class/Categ: F B | Counts: 1 |
| More: Y | Dom Viol: N | Case Type: F | Case Categ: SX | |
| Comment: | | | | |

#### Bonding Information

| | | |
|---|---|---|
| Bond amt: 53000.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: | | Appeal Date: |

### Settings

#### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 06/25/2004 | 001 | 08:30 AM | PROB - PROBATION |
| 2: | | | - | |
| 3: | | | - | |
| 4: | | | - | |


EXHIBIT A

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| CRT ACT: G Guilty plea | CA date: 05/27/2004 | Jury: | More: Y |
| Charge 1: SOD1 SODOMY 1ST DEGREE | 13A-006-063  F A | Counts: 001 | CA: SXA1 05/27/2004 |
| Charge 2: SXA1 SEXUAL ABUSE 1ST | 13A-006-066  F C | Counts: 001 | CA: 05/27/2004 |
| Charge 3: SOD2 SODOMY 2ND DEGREE | 13A-006-064  F B | Counts: 001 | CA: 05/27/2004 |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N°: 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: Y | Due: | |
| Warr: 0 | SUBP: | Updated: 06/04/2004 | |

## Sentence

### Sentence

| | | | |
|---|---|---|---|
| Sent: | Begin: | End: | PRB Beg: |
| IMP CONF: | SUSP CONF: | Total Conf: | Jail Cred: |
| LICN Susp: | Probation: | PRB Rev: | |

### Monetary

0

### Confine

### Programs

### Enhanced

SEC/CUR:
Comment:
Bal Due:          Due:          CRO:          Updated:

© Alacourt.com   6/2/2006      3

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01/21/2004 | 3:40:09 | JUDG | ASSIGNED TO: (HFB) H. FRANK BRUNNER   (AR01) | COM |
| 01/21/2004 | 3:40:10 | STAT | INITIAL STATUS SET TO: "J" - JAIL   (AR01) | COM |
| 01/21/2004 | 3:40:11 | FILE | FILED ON: 01/21/2004   (AR01) | COM |
| 01/21/2004 | 3:40:12 | ARRS | DEFENDANT ARRESTED ON: 09/18/2003   (AR01) | COM |
| 01/21/2004 | 3:40:13 | INDT | DEFENDANT INDICTED ON: 01/14/2004   (AR01) | COM |
| 01/21/2004 | 3:40:14 | BOND | BOND SET AT: $53000.00   (AR01) | COM |
| 01/21/2004 | 3:40:15 | FILE | CHARGE 01: SODOMY 1ST DEGREE/#CNTS: 001   (AR01) | COM |
| 01/21/2004 | 3:40:16 | FILE | CHARGE 02: SEXUAL ABUSE 1ST/#CNTS: 001   (AR01) | COM |
| 01/21/2004 | 3:40:17 | FILE | CHARGE 03: SODOMY 2ND DEGREE/#CNTS: 001   (AR01) | COM |
| 01/21/2004 | 3:40:18 | COMM | AGENCY NO 030800371   (AR01) | COM |
| 01/21/2004 | 3:40:24 | FILE | CHARGE 04: SEXUAL ABUSE 2ND /#CNTS: 001   (AR02) | COM |
| 01/21/2004 | 3:40:45 | DAT1 | SET FOR: 03-5489 ON 02/02/2004 AT 0900A   (AR10) | COM |
| 01/21/2004 | 3:40:47 | CASP | CASE ACTION SUMMARY PRINTED   (AR10) | COM |
| 01/22/2004 | 2:18:00 | DOCK | NOTICE SENT: 01/22/2004 BENNEFIELD JOSEPH SCOTT | COM |
| 02/03/2004 | 1:07:25 | ATY1 | ATTORNEY FOR DEFENDANT: SULZBY WILLIAM D JR (AR01) | COM |
| 02/03/2004 | 1:07:26 | DAT1 | SET FOR: PLEA DOCKET ON 02/25/2004 AT 0900A (AR01) | COM |
| 02/03/2004 | 1:08:32 | DAT1 | SET FOR: YO APPLICATION/HEA ON 03/08/2004 AT(AR01) | COM |
| 02/18/2004 | 3:00:00 | DOCK | NOTICE SENT: 02/18/2004 BENNEFIELD JOSEPH SCOTT | COM |
| 02/18/2004 | 3:00:00 | DOCK | NOTICE SENT: 02/18/2004 SULZBY WILLIAM D JR | COM |
| 03/09/2004 | 9:09:14 | COMM | AGENCY NO 030800371 - 3/8/04 MENTAL EVALUATI(AR01) | COM |
| 03/09/2004 | 9:09:15 | COMM | ERED.   (AR01) | COM |
| 05/20/2004 | 9:46:04 | DAT1 | SET FOR: YO APPLICATION/HEA ON 05/27/2004 AT 0100P | COM |
| 05/20/2004 | 9:47:14 | DOC1 | DOCKET DATE NOTICE   SENT TO ALL PARTIES (AR09) | COM |
| 06/01/2004 | 2:54:04 | DJID | DISPOSITION JUDGE ID CHANGED FROM:   TO: HFB | COM |
| 06/01/2004 | 2:54:05 | DISP | CHARGE 03 DISPOSED BY: GUILTY PLEA ON: 05/27/2004 | COM |
| 06/01/2004 | 2:54:06 | DISP | CHARGE 02 DISPOSED BY: DISMISSED ON: 05/27/2004 | COM |
| 06/01/2004 | 2:54:07 | DISP | CHARGE 03: SODOMY 2ND DEGREE/#CNTS: 001   (AR10) | COM |
| 06/01/2004 | 2:54:08 | DISP | CHARGE 02: SEXUAL ABUSE 1ST/#CNTS: 001   (AR10) | COM |
| 06/01/2004 | 2:54:09 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 05/27/2004 | COM |
| 06/01/2004 | 2:54:10 | DISP | CHARGE 01: SODOMY 1ST DEGREE/#CNTS: 001   (AR10) | COM |
| 06/01/2004 | 2:54:18 | DISP | CHARGE04: SEXUAL ABUSE 2ND /#CNTS: 001   (AR02) | COM |
| 06/01/2004 | 2:54:19 | DISP | CHARGE 04 DISPOSED BY: DISMISSED ON: 05/27/2004 | COM |
| 06/01/2004 | 3:00:30 | CH01 | DEFENDANT SENTENCED ON: 05/27/2004   (AR05) | COM |
| 06/01/2004 | 3:00:31 | CH01 | IMPOSED CONFINEMENT: 10 YEARS   (AR05) | COM |
| 06/01/2004 | 3:00:32 | CH01 | TOTAL CONFINEMENT: 10 YEARS   (AR05) | COM |
| 06/01/2004 | 3:00:33 | CH01 | COST PROVISION ORDERED BY THE COURT   (AR05) | COM |
| 06/01/2004 | 3:00:34 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | COM |
| 06/01/2004 | 3:00:35 | CH01 | CVCC PROVISION ORDERED BY THE COURT   (AR05) | COM |
| 06/01/2004 | 3:00:36 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | COM |
| 06/01/2004 | 3:00:37 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | COM |
| 06/01/2004 | 3:00:38 | CH01 | APPLIED FOR PROBATION   (AR05) | COM |
| 06/01/2004 | 3:01:03 | CH03 | DEFENDANT SENTENCED ON: 05/27/2004   (AR05) | COM |
| 06/01/2004 | 3:01:04 | CH03 | TOTAL CONFINEMENT: 12 YEARS   (AR05) | COM |
| 06/01/2004 | 3:01:05 | CH03 | CONCURRENT SENTENCE ORDERED BY THE COURT   (AR05) | COM |
| 06/01/2004 | 3:01:06 | CH03 | IMPOSED CONFINEMENT: 12 YEARS   (AR05) | COM |
| 06/01/2004 | 3:01:07 | CH03 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | COM |
| 06/01/2004 | 3:01:15 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT   (AR05) | COM |
| 06/01/2004 | 3:01:36 | D001 | PAYMENT FREQUENCY SET TO: "L"   (FE52) | COM |
| 06/01/2004 | 3:01:37 | D001 | PAYMENT DUE DATE SET TO: 10/07/2004   (FE52) | COM |

© Alacourt.com  6/2/2006          4

| | | | | |
|---|---|---|---|---|
| 06/01/2004 | 3:01:59 | DAT1 | SET FOR: PROBATION ON 09/07/2004 AT 0900A   (AR01) | COM |
| 06/01/2004 | 3:03:12 | COMM | RESTITUTION TO BE DETERMINED AT PROBATION HEARING | COM |
| 06/03/2004 | 12:23:00 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | COM |
| 06/04/2004 | 11:51:06 | DAT1 | SET FOR: PROBATION ON 06/25/2004 AT 0830A   (AR10) | COM |
| 07/01/2004 | 11:40:14 | CH01 | SENTENCE TO BEGIN ON: 06/25/2004         (AR05) | COM |
| 07/01/2004 | 11:40:15 | CH01 | JAIL CREDIT: 09 MONTHS, 012 DAYS         (AR05) | COM |
| 07/01/2004 | 11:40:53 | CH03 | SENTENCE TO BEGIN ON: 06/25/2004         (AR05) | COM |
| 07/01/2004 | 11:40:54 | CH03 | IMPOSED CONFINEMENT: 10 YEARS         (AR05) | COM |
| 07/01/2004 | 11:40:55 | CH03 | TOTAL CONFINEMENT: 10 YEARS         (AR05) | COM |
| 07/01/2004 | 11:40:56 | CH03 | JAIL CREDIT: 09 MONTHS, 012 DAYS         (AR05) | COM |
| 07/01/2004 | 11:45:55 | TRSC | TRANSCRIPT OF RECORD ISSUED: 07/01/2004   (AR08) | COM |

**END OF THE REPORT**