IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFIELD, #235865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-CV-307-MEF** |
| | ) |
| OFFICER O'HARA and | ) |
| NAKIA MORRIS | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared *Nakia Morris*, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is **Nakia Morris** and I am presently employed as a Correctional Officer I at Bullock County Correctional Facility located at P. O. Box 5107 Union Springs, AL 36089.

In a complaint filed on April 5, 2006, Joseph Bennefield (hereinafter "Bennefield") alleged that:

> *On [February] 5, 2006, at approximately 9:20 a.m. at Bullock State Prison in Union Springs[,] Al[abama,] I was thrown to the floor by Officer O'Hara and while I was on the floor curled up in a ball[,] Officer O'Hara and Officer Morris kicked me in the face and head and beat me with their sticks. At no time did I resist or try to fight back. Even after [the] officers pulled them off me and handcuffed me[,] Officer O'Hara while I was on the floor handcuffed started kicking me again and other officers again had to stop him. I thought I was going to die.*



EXHIBIT B

Bennefield is correct that I struck him with my baton on February 5, 2006. Bennefield, however, neglected to inform the court that he was struck after he resisted restraint and after he tried to strike me in the face. More particularly, these are the events that occurred on February 5, 2006 (Exhibit A):

> *On February 5, 2006, at approximately 9:20 a.m., while roving dormitory #9, [I] observed [I]nmate Bennefield . . . approach [I]nmate Earl Forte . . . in an aggressive manner. Bennefield pushed . . . Forte and grabbed him . . . around the neck. Inmate Forte attempted to walk away but inmate Bennefield hit [I]nmate Forte. I called for assistance, via radio advising Sgt. Cedric Specks and all units. Officer Delarius O'Hara arrived on the scene [to] assist[] me [in my effort] to restrain Inmate Forte and . . . Inmate Bennefield. While I was restraining Bennefield, [] Bennefield began to resist. I ordered Bennefield to stop resisting. []Bennefield did not comply with the order [I had] given [him]. Inmate Bennefield continue[d] to resist and then drew back his . . . closed fist to hit me. Officer O'Hara then assisted me as [I]nmate Bennefield resisted and began to kick. I then drew my baton [and struck] Inmate Bennefield on the buttock and thigh []. Officer O'Hara attempted to remove [I]nmate Bennefield from dormitory #9. Inmate Bennefield continued to kick and turn which caused . . . Bennefield to hit his . . . head and face area against the grill gate. I and O'Hara attempted to assist [I]nmate Bennefield off the floor but [Inmate Bennefield] . . . continued to kick and scream as I and O'Hara pulled him . . . into the main hallway []. Minutes later, Officers Kevin Jiles, Teresa Maldon, Brian Thompkins and Sgt. Specks arrived on the scene to assist. [After] observing [I]nmate Bennefield resisting, Sgt. Specks . . . delivered a (1) . . . second burst [of a chemical agent] to the facial area of [I]nmate Bennefield. Officer Maldon and Jiles placed handcuffs on [I]nmate Bennefield from behind.*

Any force I applied against Joseph Bennefield was a legitimate effort to maintain and restore discipline in the prison facility. I did not apply force against Joseph Bennefield with malicious or sadistic intent or with the intent to cause him physical harm. Any harm I may have caused to Bennefield was unintentional and created by a legitimate use of force in the facility.

_Nakia Morris, co_
Nakia Morris

**SWORN TO and SUBSCRIBED** to me this the 19th day of May, 2006.

_____
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007
My commission expires: _____

3

# EMERGENCY

MISSION DATE: 2/5/06
TIME: AM/PM
ORIGINATING FACILITY: Bullock
☐ SIR ☐ PDL ☐ ESCAPEE ☐
☐ SICK CALL ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES: NKDA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL/RECTAL   RESP. 22   PULSE 100   B/P 110/72   RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S. I got into a fight with another inmate - my back hurt I got rods in my back

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE z/z  LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O. WM ambulatory escorted to HCU cuffed - escorted by Sgt Speck, officer Thompkins, O'Hora - Resp. even non-labored. Face washed/Rinse c̄ NS due to being sprayed - Abrasions on face & neck noted - cleaned + TAO applied + left open to air.
A. Routine body chart for DOC
P. Release to DOC - Return As needed

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE: 2/5/06   TIME: AM/PM
RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE
CONDITION ON DISCHARGE: ☐ SATISFACTORY ☒ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE: [signature]   DATE   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Bennefield Joseph
DOC#: 235865
DOB: 9/13/85
R/S: WM
FAC.: BCCF

STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
## INCIDENT REPORT

| 1. Institution: Bullock County Correctional Facility | 2. Date: 2-5-06 | 3. Time: 9:20 a.m. | 4. Incident Number: BCF: 06-140 | Class Code: B |
|---|---|---|---|---|
| 5. Location Where Incident Occurred: Dormitory #9 | | 6. Type of Incident: Rule #63 Disorderly Conduct/ Use Of Force / Rule #29 Assault On A DOC Official | | |
| 7. Time Incident Reported: 9:20 a.m. | | 8. Who Received Report: Sgt. Cedric Specks | | |

9. Victims:  Name  AIS
a. N/A        No. N/A
b.            No.
c.            No.

10. Suspects: Name         AIS
a. Joseph Bennefield    No. W/235865
b.                       No.
c.                       No.
d.                       No.
e.                       No.

11. Witnesses: Name       AIS
a. N/A                  No. N/A
b.                       No.
c.                       No.
d.                       No.
e.                       No.
f.                       No.
g.                       No.

**PHYSICAL EVIDENCE:**
12. Type of Evidence:
N/A

13. Description of Evidence:
N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.
e.

15. Narrative Summary:

On February 5, 2006, at approximately 9:20 a.m., while roving dormitory #9, Officer Nakia Morris observed inmate Joseph Bennefield, W/235865, approach inmate Earl Forte, B/166391, in an aggressive manner, pushed him (Forte) and grabbed him (Forte) around the neck. Inmate Forte attempted to walk away but inmate Bennefield hit inmate Forte. Officer Morris called for assistance, via radio advising Sgt. Cedric Specks and all units. Officer Delarius O'Hara arrived on the scene assisting Officer Morris attempting to restrain inmate Forte as Officer Morris attempted to restrain inmate Bennefield. While Officer Morris was restraining him (Bennefield) he (Bennefield) began to resist. Officer Morris ordered inmate Bennefield to stop resisting. He (Bennefield) did not comply with the order given. Inmate Bennefield continued to resist and then drew back his (Bennefield) closed fist to hit Officer Morris. Officer Morris then grabbed inmate Bennefield in the collar of his (Bennefield) state issued shirt and wrestled him (Bennefield) to the floor. Inmate Bennefield continue to resist. Officer O'Hara then assisted Officer Morris as inmate Bennefield resisted and began to kick. Officer Morris then drew her (Morris) standard baton striking inmate Bennefield on the buttock and thigh area. Officer O'Hara attempted to remove inmate Bennefield from dormitory #9. Inmate Bennefield continued to kick and turn which caused him (Bennefield) to hit his (Bennefield) head and face area against the grill gate. Officer Morris and O'Hara attempted to assist inmate Bennefield off the floor but he (Bennefield) continued to kick and scream as both Officers (Morris and O'Hara) pulled

Distribution:  ORIGINAL AND ONE   (1) COPY to Central I & I Division   COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Institutional File                                              COPY to Central Records Office

ADOC Form 302-A – June 1, 2005



STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Bullock County Correctional Facility | Incident Number: BCF: 06-140 | Class Code: B |
|---|---|---|
| Date: 2-5-06 | Type of Incident: Rule #63 Disorderly Conduct /Use of Force/ Rule #29 Assault On A DOC Official | |

Narrative Summary (Continued) Page No. 2

him (Bennefield) into the main hallway of 5-11 dorms. Minutes later, Officers Kevin Jiles, Teresa Maldon, Brian Thompkins and Sgt. Specks arrived on the scene to assist. Observing inmate Bennefield resisting, Sgt. Specks then unholstered his (Specks) Freeze +P chemical agent and delivered a (1) one second burst to the facial area to inmate Bennefield. Officer Maldon and Jiles then placed handcuffs on inmate Bennefield from behind. At approximately 9:25 a.m., Sgt. Specks, Officers Jiles and Thompkins escorted inmate Bennefield to the Infirmary. At approximately 9:26 a.m., Nurse Valerie Slater decontaminated and treated inmate Bennefield. (see attached body chart) At approximately 9:45 a.m., Sgt. Specks questioned inmate Forte concerning the incident. Inmate Forte stated that inmate Bennefield confronted him (Forte) about items that were given to him (Bennefield) by inmate Forte. At approximately 9:55 a.m., Nurse Jacqueline Dubose performed a routine body chart on inmate Forte. (see attached body chart) At approximately 10:04 a.m., inmate Forte was released to his (Forte) dorm, at the same time inmate Bennefield was escorted to Segregation by Officer Thompkins and placed in cell #7T for the violation of Rule #29 Assault on a DOC Official and #63 Disorderly Conduct. At approximately 12:30 p.m., Capt. Sylvester Nettles, on call Security Supervisor, was notified of the incident by Sgt. Specks. Disciplinary action is being initiated against inmate Bennefield for the violation of Rules #29 Assault on a DOC Official and #63 Disorderly Conduct. At approximately 1:30 p.m., Sgt. Specks faxed a ADOC Duty Official report to Deputy Commission Mr. Greg Lovelace and I&I (see attached conformation). No further action taken.

Nakia Morris, COI

ADOC Form 302-B – June 1, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Bullock County Correctional Facility | Incident Number: BCF: 06-140 | Class Code: B |
|---|---|---|
| Date: 2-5-06 | Type of Incident: Rule #63 Disorderly Conduct /Use Of Force / Rule #29 Assault On A DOC Official | |

Narrative Summary (Continued) Page No. 3

### Statement

On February 5, 2006, at approximately 9:20 a.m., Officer Teresa Maldon was roving dorm #3 when Officer Maldon over heard very loud noises coming from the hallway. After entering the hallway Officer Maldon realized the noise was coming from #9 dorm. At this point Officer Maldon quickly began approaching dorm #9 but was met by Officer O'Hara pulling inmate Joseph Bennefield, W/235865, onto the hallway. At this time Officers Kevin Jiles and Maldon assisted in restraining inmate Bennefield by placing inmate Bennefield in handcuffs. Inmate Bennefield was then escorted to the Infirmary for a body chart by Sgt. Cedric Specks, Officers Jiles and Brian Thompkins. No further action taken.

*Teresa R. Maldon, COI*

Teresa R. Maldon, COI

### Statement

On 2/5/06, Officer Brian Thompkins was on break, when Officer Thompkins heard the call for assistance, via radio. Officer Thompkins ran down to Mental Health Unit (5-11). Once there, there was an inmate on the floor and the inmate was handcuffed. Officers Thompkins, Kevin Jiles, and Sgt. Cedric Specks escorted the inmate to the Infirmary for a body chart.

*Brian Thompkins*

Brian Thompkins, COI

ADOC Form 302-B – June 1, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Bullock County Correctional Facility | Incident Number: BCF: 06- 140 | Class Code: B |
|---|---|---|
| Date: 2-5-06 | | Type of Incident: Rule #63 Disorderly Conduct /Use Of Force / Rule #29 Assault On A DOC Official |

Narrative Summary (Continued) Page No. 4

### Statement

On February 5, 2006, I Officer Kevin Jiles was assigned to the Visitation Desk. At approximately 9:22 a.m., I was advised by Central Control that something appeared to be happening in Mental Health dorms 5-11. I immediately ran to Mental Health dorms 5-11. On the scene, inmate Joseph Bennefield, W/235865, was on the floor kicking and screaming. Myself and Officer Teresa Maldon restrained and placed handcuffs on inmate Bennefield. Myself, Sgt. Cedric Specks and Officer Brian Thompkins escorted inmate Bennefield to the Infirmary.

*Kevin Jiles, COI*

Kevin Jiles, COI

### Statement

On February 5, 2006, at approximately 9:20 a.m., I Officer Delaruis O'hara was on my way to the break room area when I heard a loud noises coming from #9 dorm. I ran to see what the noise was, when I entered the dorm I saw inmates Bennefield and Forte fighting. I grabbed inmate Forte and Officer Nakia Morris grabbed inmate Bennefield. As Officer Morris was attempting to restrain inmate Bennefield he attempted to hit her. I assisted Officer Morris in taking inmate Bennefield to the floor, he continued to fight us. As we got him to the floor someone radioed for assistance. Officer Jiles placed inmate Bennefield in handcuffs and escorted him to the Infirmary.

*Delarius O'hara, COI*

Delarius O'hara, COI

ADOC Form 302-B – June 1, 2005