IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH BENNEFIELD, #235865, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: **2:06-CV-307-MEF** |
| | ) | |
| OFFICER O'HARA and | ) | |
| NAKIA MORRIS | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County

and State of Alabama at Large, personally appeared Delarius O'hara, who being known

to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Delaruis O'hara, and I am presently employed as a Correctional

Officer I, with the Alabama Department of Corrections, Bullock County Correctional

Facility, Post Office Box 5107, Union Springs, AL  36089.  I am over twenty-one (21)

years of age.

I, Officer Delarius O'hara, responded to an emergency call made by Officer Nakia

Morris. When I arrived on the scene I witnessed Inmate Joseph Bennefield and Inmate

Earl Forte fighting. When I grasped Inmate Forte, Officer Morris grasped Inmate

Bennefield. Inmate Bennefield reached back and attempted to punch Officer Morris in

her face. Fearing for her safety, I grasped Inmate Bennefield by his shirt. Inmate

Bennefield began kicking and screaming. All I could do was try to restrain him to the



Page 2

best of my ability. When Sgt. Cedric Specks arrived, he was able to spray Inmate Bennefield with his Freeze +P, and all resistance stopped.

_____
Delarius O'hara,  Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ____1st____ day of ____June____ 2006.

_____
NOTARY PUBLIC

My Commission Expires:___2/24/2009___

.SEAL