**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

```
June 7, 2006
```

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:    Joseph Bennefield vs. Bullock State Prison et al**

**Case Number: 2:06cv307-MEF**

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 6/2/06 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document #10 filed electronically by counsel which did not contain her electronic signatures.**

**The corrected pdf document is attached to this Notice.**