IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH BENNEFIELD
    PLAINTIFF

VS.                                         Civil Action No.
                                            2:06-CV-307-MEF
① OFFICER O'HARA
② OFFICER NAKIA MORRIS
    DEFENDANTS

## MOTION FOR AN ENLARGMENT

Comes now the Plaintiff, by and through himself, and moves this Honorable Court to grant a thirty (30) day extension for the Plaintiff to respond to its order dated June 5, 2006 ordering that the Plaintiff file a response to the written report filed by the defendants on or before June 22, 2006. And for grounds the Plaintiff states the following:

1. The Plaintiff is not an attorney *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Harmon v. Berry*, 728 F.2d 1407, 1409 (11th Cir. 1984); *Watson v. Ault*, 525 F.2d 886, 891 (5th Cir. 1976) and needs an extension to research the case(s) listed in the written report filed by the defendants.

2. The Plaintiff is indigent and has to hand write all copies of the response he prepares to the written report filed by

the defendants.

3. The Plaintiff suffers from a mental illness and has trouble reading and writting and requires the assistance of another inmate to assist him in preparing his response

4. The Plaintiff needs an extension to take statements from witneses and get their affidavits notorized

5. The Plaintiff is not requesting an extension to purposefully delay the cause of action.

WHEREFORE PREMISES CONSIDERED, the Plaintiff moves this Honorable Court to do the following:
A. Grant an extension of <u>thirty days</u> to respond to its order dated June 5th, 2006, or until July 5th, 2006.
B. Any other and further relief to which the Plaintiff may be entitled to.

RESPECTFully SUBMITTED
Joseph Bennefield (Pro-se)
Bullock Prison
P.O. Box 5107
Union Springs, AL 36089

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of June, 2006 filed a copy of the foregoing document with the Clerk of the Court and to the defendants Attorney Bettie J Carmack at the office of the Attorney General 11 South union Street Montgomery, AL 36130 by placing copies in the united States mail box at Bullock State Prison in unionSprings, AL 36089 Postage Pre-Paid.

JOSEPH BENNEFIELD
Bullock Prison
P.O. Box 5107
unionSprings, AL 36089