UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH BENNEFIELD #235865
    PLAINTIFF

VS.

① OFFICER DELARIUS O'HARA
② OFFICER NAKIA MORRIS
    DEFENDANTS

Civil Action No:
2:06-CV-307-MEF

## AFFIDAVIT

Before me the undersigned authority, a notary Public, in and for said County and State of Alabama at large, Personally appeared JOSEPH BENNEFIELD being first duly sworn, deposes and says under oath as follows:

I JOSEPH BENNEFIELD the Plaintiff in the above styled action state that on the 5th day of Febuary, 2006 at approximatly 9:20 AM in dorm #9 (nine) at the BULLOCK STATE PRISON in UNION SPRINGS, ALABAMA where I am currently incarcerated at. I was having a verbal disagreement with inmate EARL FORTE, when officer O'HARA and officer MORRIS approached myself and EARL FORTE and ordered us to stop arguing myself and EARL FORTE complied with the order given by officers O'HARA and officer MORRIS. The next thing I know officer MORRIS yelled "HE TRIED TO HIT ME" and at that time officer O'HARA picked me up in the air and threw me into the grill gate After I landed on the floor. These officers repeatedly kicked me in the face, head and body and was hitting me with their sticks in the head and body

(1 of 2)

EXHIBIT A

All I could do was curl up in a ball and scream because of the Pain that was being inflicted on me. I begged them to stop beating me but Officer O'HARA and Officer MORRIS just kept hitting me. I never attempted to resist, I was to scared and in to much PAIN. After theese officers beat me for what seemed ~~to be~~ like forever. Theese officers O'HARA and MORRIS drug me into the hallway and as I got drug into the hallway other officers arrived and handcuffed me. After I was hand cuffed Sgt. SPECKS arrived and for what reason I don't know but he sprayed me with chemical spray in the face. As I was laying face down handcuffed in the hallway officer O'HARA ran back over to me and started kicking me. Thats when other officers pulled officer O'HARA away from me, so he couldn't kick me anymore. Now Prior to this officers O'HABA and MORRIS had been sitting in the cubical in #9(nine) dorm for not less than 30(thirty) minutes. I seen them holding eachothers hand and talking. And Officer O'HARA wasn't even working mental health that day. All of this occured only feet away from the cubical where theese officers where sitting.

JOSEPH BENNEFIELD #235865

Bullock Prison, P.o. Box 5107 Union Springs

ALABAMA, 36089

Joseph Bennefield

Sworn and Subscribed before me this ___21st___ day of JUNE, 2006

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar. 18, 2007

NOTARY PUBLIC

My Commission Expires: _____

(2 OF 2)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH BENNEFIELD #235865
    PLAINTIFF
VS

① OFFICER DELARIUS O'HARA
② OFFICER NAKIA MORRIS
    DEFENDANTS

Civil Action No:
2:06-CV-307-MEF

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared JOSEPH BENNEFIELD being first duly sworn, deposes and says under oath as follows:

I JOSEPH BENNEFIELD the Plaintiff in the above styled action state that my response and answer to the Defendants special report filed with the UNITED STATES DISTRICT COURT has been copied by hand and the affidavits submitted in my response have been copied by hand and notarized and all copies provided to the defendants are true and correct copies as instructed by this Honorable Court.

(1 of 2)

JOSEPH BENNEFIELD
# 235865
Bullock Prison
P.O. Box 5107
Union Springs, AL
36089

Joseph Bennefield

Sworn and subscribed before me on this 21st day of June, 2006

*[signature]*
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires: _____

(2 OF 2)