IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

JOSEPH BENNEFIELD # 235865
    PLAINTIFF

VS.

① OFFICER DELARIUS O'HARA
② OFFICER NAKIA MORRIS
    DEFENDANTS

CIVIL ACTION NO:
2:06-CV-307-MEF

## AFFIDAVIT

Before me the undersigned authority, a notary public, in and for said County and State of Alabama at large, personally appeared EARL FORTE being first duly sworn, deposes and say's under oath as follows:

My name is EARL FORTE, I am the inmate in which JOSEPH BENNEFIELD approached on Febuary 5th, 2006 at approximaltly 9:20 AM. myself and JOSEPH BENNEFIELD where having a verbal disagreement at this time officer/s O'HARA and officer MORRIS came out of the cubical located in dorm H9 (nine) And ordered that myself and BENNEFIELD stop arguing. Both myself and BENNEFIELD complied with the order given by theese two officers. All of a sudden officer MORRIS yelled " HE TRIED TO HIT ME " But I was standing right there and BENNEFIELD never showed any type of aggression at all towards officer MORRIS. or at all for that matter After officer MORRIS yelled this officer O'HARA literally picked BENNEFIELD up in the air and threw BENNEFIELD into the grill gate. Once BENNEFIELD landed on the floor officers O'HARA and MORRIS began beating BENNEFIELD. Officer O'HARA was kicking BENNEFIELD

(1 of 3)

EXIBIT B

in the face and head and also hitting BENNEFIELD with his stick. And officer MORRIS was beating BENNEFIELD with her stick. Theese two officers where hitting BENNEFIELD in the head, face and body. I spoke up and told theese officers, O'HARA and MORRIS to "STOP! He has rods in his back" officer O'HARA replied by stating "I don't give a fuck, I'm going to kill this bitch" And kept beating BENNEFIELD. At one point during the beating officer MORRIS said "LET ME HIT THE BITCH TOO" During and at any time BENNEFIELD did not try to resist or fight back. BENNEFIELD just layed on the floor and curled up in a fetal position screaming for theese officers, O'HARA and MORRIS to stop beating him. But officers O'HARA and MORRIS just kept beating BENNEFIELD. After they beat BENNEFIELD for a while, they drug him into the hallway, at this time other officers arrived and handcuffed BENNEFIELD. As BENNEFIELD was laying face down, already handcuffed Sgt. SPECKS arrived. And why I don't know but Sgt. SPECKS sprayed BENNEFIELD in the face with chemical spray. All of a sudden officer O'HARA ran over to BENNEFIELD and started kicking BENNEFIELD. The other officers pulled O'HARA away from BENNEFIELD to stop O'HARA from kicking BENNEFIELD. Now prior to all this officer O'HARA was sitting in the cubical located in #9 dorm only feet away from where this all started. Officers O'HARA and MORRIS where holding hands and talking for at least 30 minutes prior to myself and BENNEFIELD'S argument and the beating of BENNEFIELD. Myself and several other inmates did give written statements of what happened the next day. All this happend in front of a whole dormitory full of inmates.

(2 of 3)

EARL FORTE #166391
Bullock State Prison
P.O. Box 5107
Union Springs, AL 36087

*Earl Forte*

Sworn and subscribed before me this 21st day of June, 2006.

*Linda P. Anthony*
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires: _____

(3 of 3)