IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH BENNEFIELD #235865
 PLAINTIFF

VS.

① OFFICER O'HARA
② OFFICER NAKIA MORRIS
 DEFENDANTS

CIVIL ACTION NO:
2:06-CV-307-MEF

## AFFIDAVIT

I ALAN D COLE did witness on the 5th day of Febuary, 2006 at the Bullock State Prison in Union Springs, AL at Approx. 9:20am officer O'hara pick Bennefield up and launch him threw the air into the grill gate in #9 (nine) dorm. After Bennefield landed on the floor officer O'hara began to kick Bennefield in the face, head and body. At this time officer Morris was striking Bennefield all over with her stick even hitting him (Bennefield) in the head with the stick. He (Bennefield) was screaming for these officers to stop. But they just kept beating him. Ive never seen someone get beat like that before. It looked like these two officers was trying to cripple Bennefield. I thought

EXHIBIT C

(1 of 3)

by the way theese two officers where beating Bennefield that they where going to kill him. one inmate yelled to theese officers that Bennefield had steel rods in his back. officer o'hara said "I don't give a fuck, I'm gona kill this bitch". And officer Morris said at one point while they where beating Bennefield "Let me hit the Bitch too" Even after Bennefield was handcuffed laying in the hallway. officer O'hara ran back over to Bennefield and started kicking Bennefield again. I think officer o'hara and officer Morris are boy friend and girl friend because prior to theese officers maliciously beating Bennefield they where in the cubical in #9 dorm holding hands and rubing on each other for at least 30 to 45 minutes People in #9 dorm seen what happend but Srgnt Specks made intimidating comments to pursuede people not to make a fuss over how theese officers o'hara and Morris beat that kid. Their lucky they didn't kill Bennefield. Because it sure lucked to me like they where trying to.

(2 of 3)

With my Signature I state all the facts in this Affidavit are true under the Penalty of Pergury

ALAN COLE #238316
Bullock Prison
P.O. Box 5107
Union Springs, AL
36089

*Alan Cole*

Sworn to and subscribed before me this 21st day of June, 2006

*L. Anne L. Anthony*
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Exspires:

(3 of 3)