IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFIELD #235865 )<br>PLAINTIFF )<br> )<br>VS. )<br>① OFFICER O'HARA )<br>② OFFICER NAKIA MORRIS )<br>DEFENDANTS ) | Civil Action No.<br>2:06-CV-307-MEF |

## AFFIDAVIT

I DAVID GREEN did witness on the 5th day of Febuary 2006 at the Bullock State Prison in Union Springs AL in dorm #9(nine) at around 9:20am officer O'hara and officer Nakia Morris beat Bennefield by kicking him in the face and head and all over his body and beating Bennefield in the head and body with their sticks. While Bennefield was laying on the floor in a fetal position screaming for theese officers to stop beating him. Theese officers made many comments while beating Bennefield such as "Lets kill this Bitch" and "Let me hit the Bitch too". At no time did Bennefield resist. he just screamed and cryed as they beat him. Even after other officers arrived and Bennefield was laying in the

EXHIBIT D

(1 of 3)

hallway face down, handcuffed. Officer O'hara ran over to Bennefield and started kicking Bennefield again. Prior to this beating taking place officer O'hara and officer Morris where sitting in the cubical in #9 (nine) dorm for not less than 30 minutes only feet away from where the beating took place. After all this was over Srgnt. Specks came into #9 dorm and bounced his stick on the floor and said "If any one has a problem with what just happend, Let me know and I'll take care of that problem" Every one was scared, so no one said anything And after no one said anything Srgnt Specks said "I didn't think so" And walked out. Latter on that day about 5 of us inmates whent to the Shift Commanders office and told Srgnt Specks we wanted to see Lt. Miller because what happend was uncalled for and wrong. Finally the next day Srgnt Specks come to dorm #9 (nine) where the beating took place And said "Is there anyone who wants to give a statement of what happend yesterday to Bennefield?" When the few of us did come forward Srgnt Specks told us "Just remember, when you all get into some bullshit, your ass is mine" I did write a statement of what happend to Bennefield that day despite the attempt to intimidate me

(2 of 3)

by Srgnt Speck. Because what officer O'hara and officer Morris did to Bennefield that day was just plain wrong!.

With my signature I state all the facts in this Affidavit are true under the penalty of Perjury.

DAVID GREEN #208084
Bullock Prison
P.o. Box 5107
Union Springs, AL
36089

*David Green*

Sworn to and Subscribed before me this 21st day of June, 2006.

*Lane E. Anthony*
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 19, 2007

My commission Exspires:

(3 of 3)