

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFIELD #235865 ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | Civil Action No: |
| ① OFFICER DELARIUS O'HARA ) | 2:06-cv-307-MEF |
| ② OFFICER NAKIA MORRIS ) | |
| DEFENDANTS ) | |

## AFFIDAVIT

Before me the undersigned authority, a notary Public in and for said county and State of Alabama at large personally appeared JOSEPH BENNEFIELD being first duly sworn, deposes and says under oath the following:

I JOSEPH BENNEFIELD state that this diagram listed as Exhibit (E) is a approximate diagram of #9 dorm and the surrounding. This diagram is only to paint a picture as to the location of individuals involved in the above styled action and a general idea of the layout of #9 dorm and the surrounding area's that invclve the beating I endured. And to illustrate just how many witnesses where in the dormitory that seen the beating according to the number of bunks in #9 dorm.

(1 of 2)

JOSEPH BENNEFIELD #235865
Bullock State Prison
P.O. Box 5107
Union Springs, AL 36089


JOSEPH BENNEFIELD


Sworn and Subscribed before me this 21st day of JUNE, 2006


_____
NOTARY PUBLIC
**NOTARY PUBLIC STATE OF ALABAMA AT LARGE**
**MY COMMISSION EXPIRES: Mar 18, 2007**


My Commission Expires: _____


(2 of 2)